**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IAN TORRES, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>U.S. VISION, INC. and USV OPTICAL, INC.,<br><br>   Defendants. | Case No. 22-cv-06558 |
| BONITA ODELL, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>U.S. VISION, INC., USV OPTICAL, INC., and NATIONWIDE OPTOMETRY, P.C.,<br><br>   Defendants. | Case No. 22-cv-06753 |
| LACIE MORGAN, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>U.S. VISION, INC. and USV OPTICAL, INC.,<br><br>   Defendants. | Case No. 22-cv-07485 |

**NOTICE OF PLAINTIFFS' MOTION TO CONSOLIDATE
AND APPOINT INTERIM CO-LEAD COUNSEL**

PLEASE TAKE NOTICE Plaintiffs Ian Torres, Bonita Odell, and Lacie Morgan will move before the Honorable Christine P. O'Hearn, U.S.D.J., on February 6, 2023, for an Order Granting Plaintiffs' Motion to Consolidate and Appoint Interim Co-Lead Counsel.

Dated: January 11, 2023

Respectfully submitted,

*/s/ Janine L. Pollack*
Janine L. Pollack
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, New York 10036
Phone: (212) 899-1760
Fax: (332) 206-2073
jpollack@calcaterrapollack.com

Ben Barnow*
Anthony L. Parkhill*
Riley W. Prince*
**Barnow and Associates, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312-621-2000
Fax: 312-641-5504
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com
rprince@barnowlaw.com

*Counsel for Plaintiff Bonita Odell*

Terence R. Coates*
Justin C. Walker*
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
jwalker@msdlegal.com

2

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Phone: (312) 224-8488
gklinger@milberg.com

Victoria Maniatis
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel.: (212) 594-5300
vmaniatis@milberg.com

*Counsel for Plaintiff Ian Torres*

Jean S. Martin*
Francesca Kester*
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 559-4908
jeanmartin@ForThePeople.com
fkester@ForThePeople.com

Gamaliel Delgado
**MORGAN & MORGAN**
350 Fifth Avenue, Suite 6705
New York, NY 10118
917-344-7031
917-344-7056 (fax)
gdelgado@forthepeople.com

*Counsel for Plaintiff Lacie Morgan*
* *pro hac vice forthcoming*