UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE U.S. VISION DATA BREACH LITIGATION** | Case No. 22-cv-06558<br><br>Judge Christine P. O'Hearn<br><br>Magistrate Judge Sharon A. King |

**TO: ALL COUNSEL OF RECORD**

    **PLEASE TAKE NOTICE** that on October 2, 2023, or at a date that the Court deems appropriate, counsel for Defendants, U.S. Vision, Inc., and USV Optical, Inc. ("USV Defendants"), shall move before the Honorable Christine P. O'Hearn, U.S.D.J., at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Room 1050, Camden, New Jersey, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' Amended Consolidated Complaint (Dkt. No. 46) with prejudice.

    **PLEASE TAKE FURTHER NOTICE** that, in support of the within Motion, the USV Defendants will rely upon the submitted Memorandum of Law in Support of U.S. Vision, Inc., and USV Optical, Inc.'s Motion to Dismiss, and any additional submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is included with this Notice of Motion, pursuant to Local Civil Rule 7.1(e).

Dated: September 8, 2023                                Respectfully submitted,

<u>*/s/Rebecca L. Rakoski, Esquire*</u>
Rebecca L. Rakoski, Esquire
Patrick D. Isbill, Esquire
XPAN Law Partners LLC
4 N. Maple Avenue
Marlton, New Jersey 08053
rrakoski@xpanlawpartners.com
pisbill@xpanlawpartners.com
Tel: (267) 388-0897
