# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Reade W. Seligmann**     Direct Dial: **+1 212 210 9453**     Email: **reade.seligmann@alston.com**

December 22, 2023

<u>VIA ECF</u>

The Honorable Christine P. O'Hearn, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Street
Camden, New Jersey 08101

Re:   *In re U.S. Vision Data Breach Litigation*, Case No. 1:22-cv-06558 (CPO) (SAK)

Dear Judge O'Hearn:

      Pursuant to the Court's Order dated November 8, 2023, ECF No. 60, the Plaintiffs and Defendant Nationwide Optometry, P.C. (collectively, the "Parties") jointly submit this letter concerning the status of the Parties' efforts to finalize their settlement agreement and anticipated timing for submission of a motion for preliminary approval. Since the Court's Order, the Parties have exchanged draft settlement documents and are working expeditiously to finalize the settlement. The Parties anticipate finalizing the settlement and submitting a motion for preliminary approval within sixty (60) days.

Respectfully submitted,

*/s/ Reade W. Seligmann*
Reade W. Seligmann
Counsel for Defendant Nationwide Optometry, P.C.

*/s/ Jean Martin*
Jean Martin
Counsel for Plaintiffs

cc:   All Counsel of Record (*via* ECF)