# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE U.S. VISION DATA BREACH LITIGATION | Civ. Action No. 1:22-cv-06558 (CPO/SAK) <br><br> Motion Day: May 6, 2024 |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PLAN

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Ian Torres, Bonita Odell, and Lacie Morgan (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, hereby move this Court for preliminary approval of a proposed class action settlement, preliminary certification of a settlement class, and approval of a notice plan. In support thereof, Plaintiffs rely upon the accompanying Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, and Approval of Notice Plan; the Declarations of Ben Barnow, Jean S. Martin, Terence R. Coates, and Cameron R. Azari; the records, pleadings, and papers filed in this action; and such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion. The Settlement does not include Defendants U.S. Vision, Inc., and USV Optical, Inc. (together, "USV") and no claims against USV are being settled or released. The Settlement is not intended to affect Plaintiffs' ongoing litigation against USV.

Dated: April 4, 2024                     /s/*Janine Pollack*
                                         Janine Pollack
                                         **GEORGE FELDMAN MCDONALD, PLLC**
                                         745 Fifth Avenue, Suite 500
                                         New York, NY 10151
                                         Tel.: 561-232-6002
                                         jpollack@4-Justice.com

                                         *Local Counsel*

Ben Barnow*
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312-621-2000
b.barnow@barnowlaw.com

Terence R. Coates*
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Tel: 513-651-3700
tcoates@msdlegal.com

Jean S. Martin*
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel: 813-559-4908
jeanmartin@forthepeople.com

*Interim Co-Lead Class Counsel*

*admitted pro hac vice

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document was served upon all counsel of record via ECF electronic filing on April 4, 2024.

/s/*Janine Pollack*
Janine Pollack