UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                                              **DATE OF PROCEEDINGS:** 10/15/24

**JUDGE CHRISTINE P. O'HEARN**
**COURT REPORTER**: Sharon Ricci

                                                               **DOCKET NO.** 22-cv-6558 (CPO-SAK)

**TITLE OF CASE:**

IAN TORRES, et al.

       vs.

NATIONWIDE OPTOMETRY, P.C., et al.

**APPEARANCES:**
Anthony Parkill, Esquire for Plaintiffs
Jean Martin, Esquire for Plaintiffs
Terence Coates, Esquire for Plaintiffs
Donald Houser, Esquire for Defendant Nationwide Optometry, P.C. *(via Telephone)*

**NATURE OF PROCEEDINGS: FAIRNESS HEARING**

Hearing on Defendant Nationwide Optometry, P.C.'s Motion for Attorney Fees, ECF No. 81.
Hearing on Defendant Nationwide Optometry, P.C.'s Motion for Settlement, ECF No. 86.

**DISPOSITION:**
Defendant Nationwide Optometry, P.C.'s Motion for Attorney Fees, ECF No. 81, is GRANTED. Order to be entered.
Defendant Nationwide Optometry, P.C.'s Motion for Settlement, ECF No. 86, is GRANTED. Order to be entered.

Time Commenced:    10:05am
Time Adjourned:    10:35am
**Total Time:**        **25 Minutes**

                                                  *s/ Haley Minix*
                                                  DEPUTY CLERK