UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE U.S. VISION DATA BREACH LITIGATION | Civil Action No. 1:22-cv-06558 (CPO)<br><br>**ORDER** |

**O'HEARN, District Judge.**

This matter comes before the Court on Defendants U.S. Vision, Inc. and USV Optical, Inc.'s Second Motion to Dismiss, (ECF No. 80), the Second Amended Consolidated Class Action Complaint ("SAC") filed by Plaintiffs. (ECF No. 79). The Court did not hear oral argument pursuant to Local Rule 78.1. For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this 26th day of February, 2025,

**ORDERED** that Defendants' Motion to Dismiss, (ECF No. 80), is **GRANTED** in its entirety. All of Plaintiffs' claims, aside from the breach of contract claim which is dismissed without prejudice, are dismissed with prejudice.

*/s/ Christine P. O'Hearn*
**CHRISTINE P. O'HEARN**
**United States District Judge**